United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **TOMAS LINARES-COSME, by Next Friend Luis Mario Gomez Hernandez, Petitioner,** | § § § § § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01661** |
| **MARKWAYNE MULLIN, *et al.*, Respondents.** | § § § | |

**ORDER**

Before the Court is a pro se Verified Petition for Writ of Habeas Corpus (28 U.S.C. § 2241), (Dkt. No. 1), signed by Luis Mario Gomez Hernandez, on behalf of immigrant detainee Tomas Linares-Cosme. In order for someone who is not a lawyer to file a habeas petition on behalf of a detained person, the non-lawyer, referred to as a "next friend," must meet certain requirements. Attached is a form that Petitioner, or the person filing the petition on behalf of Petitioner, must fill out. The Court will use the information provided in the form to decide whether those requirements have been met.

If the Court does not receive a copy of the completed form, or a request for an extension, by **September 30, 2026**, the Court **may dismiss** the petition because it does not have enough information to proceed.

The Clerk of Court is **DIRECTED** to mail a copy of this Order and its attachment, by regular mail and any receipted means to Tomas Linares-Cosme, Rio Grande Detention Center, 1001 San Rio Boulevard, Laredo, TX 78046 and to email a copy of this Order and its attachment to Luis Mario Gomez Hernandez at LMGOMEZ1967@AOL.COM.

It is so **ORDERED**.

**SIGNED** on September 22, 2026.

John A. Kazen
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **TOMAS LINARES-COSME, by Next Friend Luis Mario Gomez Hernandez,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-1661** |
| | § | |
| **TODD LYONS, *et al.*,** | § | |
| **Respondents.** | § | |

**<u>Questionnaire for Next of Friend Filing Petition for Writ of Habeas Corpus:</u>**

**Instructions:**

The Next Friend or Petitioner must complete and sign this form. The Court requires this information to decide the case, and it will be used only for that purpose. "Petitioner" means the person being detained in this matter.

The completed form **<u>must be e-mailed</u>** to the Court at the following email address: **Jessica_Rodriguez@txs.uscourts.gov** **<u>and sent via mail</u>** to the following address:

Clerk of Court
1300 Victoria Street, Suite 1131
Laredo, TX 78040

Please call (956) 790-1757 if you have any questions or difficulties completing the form.

**Personal Information About Next Friend**

1. Name (First and Last): ______________________________

2. Phone Number: ______________________________

3. E-Mail Address: ______________________________

4. Mailing Address:
______________________________
______________________________
______________________________

5. Full Name of Person for Whom You are Filing this Petition:

______________________________________________

6. What is your relationship, if any, to the Petitioner?
(E.g., mother, father, brother, wife):

______________________________________________

7. How long have you known the Petitioner?

______________________________________________

8. How much contact have you had with the Petitioner?

______________________________________________

9. Is the Petitioner aware that you are filing this Petition on their behalf?
Circle: YES or NO

If NO, explain why you are filing this Petition on their behalf:

______________________________________________

______________________________________________

______________________________________________

10. Please explain the reason, if any, that the Petitioner is unable to file this Petition on their own behalf.

(For example, they do not speak English, lack of resources, mental incompetence, disability, or any other reason that may prevent them for filing the petition themselves)

______________________________________________

______________________________________________

______________________________________________

**DECLARATION:** I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of Petitioner's claims.

______________________________ ______________________________
Printed Name Signature

Date: ______________________