United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **TOMAS LINARES-COSME, by Next Friend Luis Mario Gomez Hernandez, Petitioner,** | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01661** |
| **MARKWAYNE MULLIN, *et al.*, Respondents.** | § | |

**ORDER**

Before the Court is a pro se Verified Petition for Writ of Habeas Corpus (28 U.S.C. § 2241), (Dkt. No. 1), signed by Luis Mario Gomez Hernandez, on behalf of immigrant detainee Tomas Linares-Cosme. Petitioner challenges the constitutionality of their detention in federal immigration custody. Petitioner names Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; David J. Venturella, Acting Director of the U.S. Immigration and Customs Enforcement; Enforcement and Removal Operations, Harlingen Field Office of Immigration and Customs Enforcement; and the Warden of the Rio Grande Detention Center as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner and Luis Mario Gomez Hernandez **no later than October 15, 2026**.[1] 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support their assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than October 29, 2026**.[2]

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas by electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange

---

[1] Respondents must serve their response directly on Petitioner and Luis Mario Gomez Hernandez. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is pro se.

[2] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk of Court is **DIRECTED** to mail a copy of this Order and its attachment, by regular mail and any receipted means to Tomas Linares-Cosme, Rio Grande Detention Center, 1001 San Rio Boulevard, Laredo, TX 78046 and to email a copy of this Order to Luis Mario Gomez Hernandez at LMGOMEZ1967@AOL.COM.

Additionally, Respondents are **ORDERED** to notify Petitioner, Luis Mario Gomez Hernandez, and the Court of any anticipated or planned removal or transfer of Petitioner outside of the Southern District of Texas **at least seven (7) days** before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on October 8, 2026.

John A. Kazen
United States District Judge